UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-21589-CIV-ALTONAGA/Simonton

WILLIAM C. SKYE,

    Plaintiff,
vs.

MAERSK LINE LIMITED
CORPORATION,

    Defendant.
_____/

## FINAL JUDGMENT

**THIS CAUSE** came for trial before the Court and a jury, United States District Judge, Cecilia M. Altonaga, presiding, and the issues having been duly tried and the jury having duly rendered its verdict, it is

**ORDERED AND ADJUDGED** that the Plaintiff, William C. Skye, shall take $590,574.75 from Maersk Line Limited Corporation, for which sum let execution issue. This judgment shall bear interest at the rate as prescribed by 28 U.S.C. § 1961, and shall be enforceable as prescribed by 28 U.S.C. §§ 2001, *et seq.*, 28 U.S.C. §§ 3001–3307, and Federal Rule of Civil Procedure 69(a).

The Court reserves jurisdiction to amend this figure should benefits already received by Plaintiff mitigate recovery. The Court also retains jurisdiction to entertain post-trial motions and to enter all further post-judgment orders that are just and proper.

The Clerk is instructed to mark this case as CLOSED.

Case No. 11-21589-CIV-ALTONAGA/Simonton

**DONE AND ORDERED** in Chambers at Miami, Florida, this 18th day of May, 2012.

_____
**CECILIA M. ALTONAGA
UNITED STATES DISTRICT JUDGE**

cc:     counsel of record