UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-21589-CIV-ALTONAGA

**WILLIAM C. SKYE**,

    Plaintiff,

vs.

**MAERSK LINE**
**LIMITED CORPORATION**,

    Defendant.
_____/

## ORDER

**THIS CAUSE** came before the Court upon Defendant's Motion to Tax Costs . . . [ECF No. 205]. Based on the agreement of the parties, it is

    **ORDERED AND ADJUDGED** as follows:

1. The Defendant is entitled to recover costs and reimbursement in the total amount of $17,827.60.

2. This award shall accrue interest pursuant to 28 U.S.C. section 1961 at the statutory interest rate as of the date of the Eleventh Circuit's Mandate on July 22, 2014, for which sum let execution issue.

    **DONE AND ORDERED** in Chambers at Miami, Florida, this 22nd day of May, 2015.

                                             *[signature]*
                                          **CECILIA M. ALTONAGA**
                                          **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record